LA COMPAÑÍA AZUCARERA DE LA CAROLINA, RECURRENTE, *v.* EL REGISTRADOR, RECURRIDO.

RECURSO gubernativo contra resolución del Registrador de la Propiedad de San Juan, Sección 1ª.

No. 124.—Resuelto en febrero 27, 1913.

Revocada la resolución por los fundamentos de la opinión emitida en el caso No. 123, *La Compañía Azucarera de la Carolina* v. *El Registrador* (pág. 152), y también por tratarse de una adquisición en pago de una deuda.

Abogados del recurrente: *Sres. Bosch y Soto.*

El Registrador no compareció.

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del Tribunal.

Los razonamientos que acaban de exponerse en la opinión de este tribunal en el caso No. 123, seguido entre las mismas partes, son aplicables a este caso. Además aparece en este recurso que la finca fué adquirida para el pago de una deuda, lo cual hace que el caso quede precisamente comprendido en la excepción especificada en la Ley Orgánica.

Por estas razones debe revocarse la nota del registrador.

*Revocada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados MacLeary, del Toro y Aldrey.